UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES E. BLAU #214995, | No. 2:16-cv-13971 |
| Plaintiff, | |
| v | HON. ARTHUR J. TARNOW |
| ANGELA FORTESCUE, HEIDI WASHINGTON & JOHN DOE, in their individual & official capacity, | MAG. ELIZABETH A. STAFFORD |
| Defendants. | |

| | |
|---|---|
| EXCOLO LAW, PLLC | Cori E. Barkman (P61470) |
| Solomon M. Radner (P73653) | Garett Koger (P82115) |
| Attorney for Plaintiff | Assistant Attorneys General |
| 26700 Lahser Road, Suite 401 | Attorneys for Defendant Fortescue |
| Southfield, MI 48033 | MDOC Division |
| (248) 291-9712 | P.O. Box 30217 |
| sradner@excololaw.com | Lansing, MI 48909 |
| | (517) 335-3055 |
| | barkmanc@michigan.gov |
| | kogerg@michigan.gov |

_____/

**STIPULATION AND ORDER REGARDING
DISCOVERY MATTERS AND STATUS CONFERENCE DATE**

NOW COMES Plaintiff and Defendants, by counsel, who stipulate to the following:

Discovery in this matter is currently ongoing and will end December 30, 2019.

1

The parties are limited to 25 interrogatories each, 10 Requests for Production of Documents, and 10 Requests for Admission.

All written discovery must be served by December 15, 2019.

Counsel for Defendant Fortescue is authorized to take the deposition of Plaintiff James E. Blau pursuant to Fed. R. 30(a)(2)(B) at a mutually agreed upon date and time.

The Status Conference currently scheduled for November 14, 2019 at 11:00 AM before the Honorable Arthur J. Tarnow will be rescheduled until January 6, 2020 at 3:00 PM.

It is so stipulated.

Dated: November 4, 2019            */s/ Solomon M. Radner*
                                   Solomon M. Radner (P73653)
                                   Attorney for Plaintiff

Dated: November 4, 2019            */s/ Cori E. Barkman*
                                   Cori E. Barkman (P61470)
                                   Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES E. BLAU #214995,

    Plaintiff,

v

ANGELA FORTESCUE, HEIDI WASHINGTON & JOHN DOE, in their individual & official capacity,

    Defendants.

No. 2:16-cv-13971

HON. ARTHUR J. TARNOW

MAG. ELIZABETH A. STAFFORD

| | |
|---|---|
| EXCOLO LAW, PLLC<br>Solomon M. Radner (P73653)<br>Attorney for Plaintiff<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(248) 291-9712<br>sradner@excololaw.com | Cori E. Barkman (P61470)<br>Garett Koger (P82115)<br>Assistant Attorneys General<br>Attorneys for Defendant Fortescue<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>barkmanc@michigan.gov<br>kogerg@michigan.gov |

_____/

**ORDER**

    Consistent with the above stipulation,

    IT IS ORDERED that a period of discovery as laid out above shall occur and the currently scheduled status conference will be adjourned

3

until January 6, 2020 at 3:00 PM.  The parties will discuss at the status conference whether additional motions will be filed.

                                                    s/Arthur J. Tarnow
                                                    Honorable Arthur J. Tarnow
                                                    United States District Court Judge

Order Prepared By: Cori Barkman (P61470)
Attorney for Defendant