UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES E. BLAU #214995,<br><br>    Plaintiff,<br><br>v<br><br>ANGELA FORTESCUE, HEIDI WASHINGTON & JOHN DOE, in their individual & official capacity,<br><br>    Defendants. | No. 2:16-cv-13971<br><br>HON. ARTHUR J. TARNOW<br><br>MAG. ELIZABETH A. STAFFORD |

| | |
|---|---|
| EXCOLO LAW, PLLC<br>Solomon M. Radner (P73653)<br>Attorney for Plaintiff<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(248) 291-9712<br>sradner@excololaw.com | Cori E. Barkman (P61470)<br>Garett Koger (P82115)<br>Assistant Attorneys General<br>Attorneys for Defendant Fortescue<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>barkmanc@michigan.gov<br>kogerg@michigan.gov |

_____/

**DEFENDANT ANGELA FORTESCUE'S JURY DEMAND**

Defendant Angela Fortescue, through counsel, pursuant to Fed. R. Civ. P. 38(b) requests a jury in this matter should this case ultimately proceed to trial.

Respectfully submitted,

Dana Nessel

        Attorney General

        */s/ Cori Barkman*
        Cori Barkman (P61470)
        Garett Koger (P82115)
        Assistant Attorneys General
        Attorneys for Defendant Fortescue
        MDOC Division
        P.O. Box 30217
        Lansing, MI 48909
        (517) 335-3055
        barkmanc@michigan.gov
Dated: December 2, 2019        kogerg@michigan.gov

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on December 2, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such to counsel of record.

        */s/ Cori Barkman*
        Cori Barkman (P61470)
        Assistant Attorneys General
        Attorney for Defendant Fortescue
        MDOC Division